USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LOREEN LOPRESTI,

                Plaintiff,

    - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------X

19-CV-9406 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    For the reasons set forth at argument on this matter during the hearing held on March 17, 2021, the Commissioner's motion for judgment on the pleadings is DENIED, the Plaintiff's motion for judgment on the pleadings is GRANTED, and this case is REMANDED for further proceedings consistent with the decision rendered on the record. The Clerk of Court is respectfully directed to close this case.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: March 17, 2021
        New York, New York

Copies transmitted this date to all counsel of record.