**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LOREEN LOPRESTI,

                Plaintiff,                      19 **CIVIL** 9406 (RWL)

        -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 17, 2021, the Commissioner's motion for judgment on the pleadings is DENIED, the Plaintiff's motion for judgment on the pleadings is GRANTED, and this case is REMANDED for further proceedings consistent with the decision rendered on the record; accordingly, this case is closed.

**Dated:** New York, New York
           March 18, 2021

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                          **BY:**      *K. Mango*
                                                        **Deputy Clerk**